

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

---

*Federal Center*          *716/843-5700*
*138 Delaware Avenue*      *fax 716/551-3052*
*Buffalo, New York 14202*

September 25, 2025

**<u>VIA ECF</u>**
Hon. Lawrence J. Vilardo
United States District Judge
United States District Court
United States Courthouse
2 Niagara Square
Buffalo, New York 14202

> **Re:**   **<u>Parks v. U.S. Drug Enforcement Administration</u>**
> **1:24-CV-01019**

Dear Judge Vilardo:

I represent defendant U.S. Drug Enforcement Administration ("DEA") in this FOIA action.

On June 5, 2025, this Court entered a text order setting the deadline for DEA's motion for summary judgment as July 31, 2025.   Dkt. # 21.   DEA timely filed its motion.   Dkt. # 22-24.

On August 21, 2025, this Court, by text order, set the deadline for Plaintiff's response as September 4, 2025.   Dkt. # 26.   Plaintiff timely filed a cross-motion for summary judgment.   Dkt. # 27.

By Local Rule, DEA's reply would be due by October 2, 2025.   W.D.N.Y.L.R. 7(b)(2)(A).

DEA makes this motion to extend the time to respond to Plaintiff's cross-motion to October 16, 2025.   There is good cause for this motion because the DEA counsel assisting me on this case is dealing with a very serious medical issue.

Plaintiff's counsel has consented to this request.

Accordingly, DEA respectfully requests that Your Honor extend the time to file a response to Plaintiff's cross-motion to October 16, 2025.

Very truly yours,

MICHAEL DIGIACOMO
United States Attorney


BY:   S/MICHAEL S. CERRONE
Assistant U.S. Attorney

cc:    Cheryl Meyers Buth, Esq. (via ECF)

2