# Submit New Request

## Requester Details

To modify request details please update your requester profile or contact the our office for assistance.

**Cheryl Meyers Buth**
Owner/Partner
Meyers Buth Law Group
21 Princeton Place
Suite 105
Orchard Park, NY 14127
Phone 716-508-8598
jdciccarella@mblg.us

Requester Default Category: All Other Requesters

## General Information

| | |
|---|---|
| Request Type | FOIA |
| Requester Category | All Other Requesters |
| Delivery Mode | PAL |

## Mailing Address

| | |
|---|---|
| Street1 | 21 Princeton Place |
| Street2 | Suite 105 |
| City | Orchard Park |
| State | New York |
| Country | United States |
| Zip Code | 14127 |

## Description of Records

| | |
|---|---|
| Description of Record Request | Any and all requests for information about Lavon Parks (DOB: 9/24/90) which were made to DAS, Hemisphere, or any HIDTA including a copy of any written or digital request and response, including, but not limited to, the source of the request, date, content of the request, and the person or position to which it was directed, and any electronic trail from receipt to response. |
| Date Range for Record Search:From | 09/01/2017 |
| Date Range for Record Search:To | 12/31/2017 |
| Description Document | Parks 7-11-24 FOIA Request to HIDTA.pdf |

## Fee Information

| | |
|---|---|
| Willing Amount | $25 |
| Check to Request a Fee Waiver | No |
| Reason for Waiver Request | |
| Willing to Pay All Fees | Yes |

## Expedite Information

| | |
|---|---|
| Expedite Requested | No |
| Expedite Reason | |

MEYERS BUTH LAW GROUP PLLC

Cheryl Meyers Buth
Attorney/Member
cmbuth@mblg.us

Laurie A. Baker
Attorney/Member
labaker@mblg.us

July 11, 2024

***Sent Via Public Access Link (PAL)***

Drug Enforcement Administration
Freedom of Information and Privacy Act Unit
Attn: Intake Sub-Unit
8701 Morrissette Drive
Springfield, VA 22152

**RE: United States v. Parks**
**19-cr-87 (WDNY)**

Dear Sir/Madam:

Our office represents Lavon Parks in a matter in the United States District Court for the Western District of New York. Pursuant to the Federal Freedom of Information Act, 5 U.S.C. §552, we request that the following be provided within 20 days (§552(6)(A)(i)).

1. Any and all requests for information about Lavon Parks (DOB: 9/24/90) which were made to DAS, Hemisphere, or any HIDTA including a copy of any written or digital request and response; including, but not limited to, the source of the request, date, content of request, and the person or position to which it was directed, and any electronic trail from receipt to response.

We would request, if possible, the above referenced materials be provided electronically to us at jdciccarella@mblg.us.

If this request is denied, please provide written justification for such denial with reference to specific statutory exemptions you claim apply.

Sincerely,

CHERYL MEYERS BUTH

CMB/jdc